IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL A. WAGAN,

    Petitioner,

  v.

EDWARD S. ALAMEIDA, Warden,

    Respondent.

                                    /

No. C 99-03098 WHA

**REQUEST FOR RESPONSE**

By **JANUARY 22, 2007**, respondent must respond to petitioner's counsel's supplemental declaration dated December 9, 2006. Specifically, respondent should address whether petitioner should be allowed to pursue an appeal for the reasons stated in the supplemental declaration.

**IT IS SO ORDERED.**

Dated: December 21, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE